# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

155505(18)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM EDWARD LAVELY,
        Defendant-Appellant.
_____/

SC: 155505
COA: 334604
Clare CC: 11-004322-FC

On the order of the Chief Justice, the motion of defendant-appellant to appoint counsel to represent him in proceedings before this Court is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2017



Clerk